IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| EDDIE BOLLMEIER, BILL TRACY, and SIMON PARROTT,<br><br> Plaintiffs,<br><br>v.<br><br>ROBERT FREAR, COURTNEY BROWN, RONALD NELSON, PAUL DIORIO, and PAUL MUSIC,<br><br> Defendants. | File No. 3:15-cv-480-RJC-DSC |

## ORDER

**THIS MATTER** coming before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Kelly Joyce Flood and Marty Harper]" (documents ##10-11). For the reasons stated therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this order to the parties counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: November 3, 2015

David S. Cayer
United States Magistrate Judge